General Complaint

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 29 2019
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

**Sheketa Patrice Haynes**

Case Number: 1:19cv323

List the full name of each plaintiff in this action.

VS.

**Beaumont Transit System**

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:   N/A

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

_____

_____

_____

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:    N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____ Yes  ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

   1. Approximate file date of lawsuit: _____

   2. Parties to previous lawsuit(s):

      Plaintiff _____

      Defendant _____

   Attach a separate piece of paper for additional plaintiffs or defendants.

   3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

      _____

   4. Docket number in other court. _____

   5. Name of judge to whom the case was assigned.
      _____

   6. Disposition: Was the case dismissed, appealed or still pending?

      _____

   7. Approximate date of disposition. _____

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

Pla #1 Sheketa Potrice Haynes
3710 Magnolia #2702
Beaumont, Texas 77703

Pla #2 Glenn Dale Green Jr & Gylan Montgomery Haynes
3710 Magnolia #2702
Beaumont, Texas ~~# 77703~~ 77703

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Beaumont Transit System
Tina Muhammad Bus driver
550 Milam BMT, TX 77701

Dft #2: Bill Munson Manager
550 Milam BMT, TX 77701
Beaumont Transit System

Dft #3 Christopher S. Boone, AICP
Director of Planning and Community Development
801 Main Street, Suite 201 BMT, TX 77701

Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

On Tuesday July 16, 2019 Me my son and Grandson was on the City bus. The bus driver told me that my kids were making too much noise and interfering with the safety of other passengers, and that she was going to put us of the bus. My son yelled out again, choo choo train and she responded by threatening to put us of the bus again. Then I asked her what was I supposed to do, these chieldren are four and five years old, put tape over their mouths, they're just little kids. Then she proceeded to pull to the side of the road and call her manager and both her and he manager said the she was within her rights to make us exit the bus. While all along Im trying to explain that these or chieldren and one of them is developmentally challenged and has disabilities. Both her and her manager both threatened to call the police on us, and make us get of her bus.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I want to be compensated in the amount of $1,000,000 dollars becouse off the pain, embarrassment, stress and anxiety this whole ordeal has caused. Also I would hope that the bus driver and her manager well be reprimanded for violating multiple rights of me and my kids.

Signed this __24th__ day of __July__ (Month), 20 __19__ (Year).

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __7-24-2019__
Date

__Sheketa Haynes__
Signature of each plaintiff